

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
DECEMBER 14, 2021 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-00261
    18 U.S.C. § 1470

DARRIN ALONZO MILLER

# I N D I C T M E N T

The Grand Jury Charges:

On or about June 22, 2020, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant DARRIN ALONZO MILLER, using the mail and any facility and means of interstate commerce, that is, the United States mail, attempted to and did knowingly transfer obscene matter to another individual, who had not attained the age of 16 years, knowing that the minor had not obtained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

WILLIAM S. THOMPSON
United States Attorney

By: _____
Jennifer Rada Herrald
Assistant United States Attorney