IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                        CRIMINAL ACTION NO. 2:21-cr-00261

DARRIN ALONZO MILLER

## ORDER

Pending before the court is the government's motion to seal its trial brief [ECF No. 60]. Finding that the privacy interests at stake outweigh the public's interest in access to the documents, the motion is **GRANTED**.

The court **DIRECTS** the Clerk to file the Trial Brief of the United States [ECF No. 60-1] **UNDER SEAL** and to file the redacted copy [ECF No. 60-2] on the public docket.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: July 12, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE