FILED: July 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4397
(2:21-cr-00261-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

DARRIN ALONZO MILLER

    Defendant - Appellee

_____

O R D E R

_____

    The court appoints the Federal Defender for the Southern District of West Virginia to represent Darrin Alonzo Miller in this case.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk