FILED: March 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4397
(2:21-cr-00261-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

DARRIN ALONZO MILLER

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 03/06/2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*