IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00261

DARRIN ALONZO MILLER

VERDICT

We, the Jury, return our unanimous verdict as follows:

1.  As to the charge of Transfer of Obscene Material to a Minor in violation of 18 U.S.C. § 1470 contained in the single-count Indictment, we, the jury, find defendant **Darrin Alonzo Miller**:

__✓__ GUILTY

____ NOT GUILTY

__06-13-23__
Date

_____
Foreperson